IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-02053-CMA-MJW

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,

Plaintiff(s),

v.

JEFFREY H. USCIER, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Entry of Stipulation and Protective Order (docket no. 25) is GRANTED finding good cause shown. The written Stipulation and Protective Order (docket no. 25-2) is APPROVED as amended in paragraphs 14 and 15 and made an Order of Court.

Date:   December 9, 2009