**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-02053-CMA-MJW

AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,
a Missouri corporation,

    Plaintiff,

v.

JEFFERY H. USCIER, an individual,
JEFF USCIER AGENCY, INC., a Colorado corporation,
KENNETH R. FARRAR, an individual, and
TEAM INSURANCE COLORADO, LLC, a Colorado limited liability company,

    Defendants.

---

**ORDER DIRECTING CLERK OF COURT TO ENTER DEFAULT**

---

    This matter is before the Court on Plaintiff's Motion for Entry of Default as to Defendant Team Insurance Colorado, LLC.  (Doc. # 76.)  By Minute Order, dated February 14, 2011, Defendant Team Insurance was advised that absent an appearance of substitute counsel by February 25, 2011, pleadings, motions, and other papers may be stricken, and default and default judgment or other sanctions may be imposed against it.  (Doc. # 84.)  Service was executed on February 15, 2011.  (Doc. # 86.)  To date, there has been no such appearance by counsel.

    Accordingly, the Clerk of the Court is ORDERED to ENTER DEFAULT against Defendant Team Insurance Colorado, LLC, in favor of Plaintiff.

    DATED:  March __09__, 2011

                                              BY THE COURT:

                                              _/s/ Christine M. Arguello_
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge